# Order

Michigan Supreme Court
Lansing, Michigan

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144494(47)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

PETERSON TODD HAAK,
       Defendant-Appellant.

SC: 144494
COA: 300824
Ingham CC: 08-001091-FH

_____/

      On order of the Court, the motion for reconsideration of this Court's May 21, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

d0827